### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ARJO INC. and HUNTLEIGH TECHNOLOGY LIMITED, | § § § § | |
| Plaintiffs, | § § | Civil Case No. 5:21-cv-1173-OLG |
| v. | § § § | |
| TURN MEDICAL, LLC, ERIC BARTA, CHRIS NIEDERKROM, TARA PSENCIK, and KEVIN WILSON, | § § § § § | |
| Defendants. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Arjo, Inc. and Huntleigh Technology Limited and Defendants Turn Medical, LLC, Eric Barta, Chris Niederkrom, Tara Psencik, and Kevin Wilson, by and through their respective undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby notify this court that the parties have entered into a confidential settlement agreement disposing of all disputes between the parties related to this matter, and stipulate to dismissal with prejudice of all claims and counterclaims. The parties agree that each party shall bear its own costs and expenses.

The parties respectfully request that the Court sign this stipulation below.

July 19, 2023

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Alice A. Kelly*<br>Alice A. Kelly<br>Alice.kelly@icemiller.com<br><br>Tom Rammer<br>Tom.Rammer@icemiller.com<br><br>Jessa DeGroote<br>Jessa.DeGroote@icemiller.com<br><br>Natalie Northup<br>Natalie.Northup@icemiller.com<br><br>**Ice Miller LLP**<br>200 W. Madison Street, Suite 3500<br>Chicago, IL 60606<br>Telephone: (312) 726- 8128<br><br>Caroline Small<br>csmall@dslawpc.com<br>**Davis Santos**<br>719 S. Flores Street<br>San Antonio, Texas 78204<br>Telephone: (210) 853-5882<br><br>**COUNSEL FOR ARJO, INC. and HUNTLEIGH TECHNOLOGY LIMITED** | By: */s/ Wasif H. Qureshi*<br>Wasif H. Qureshi<br>wqureshi@jw.com<br><br>Victoria C. Emery<br>temery@jw.com<br><br>**Jackson Walker LLP**<br>1401 McKinney, Suite 1900<br>Houston, TX 77010<br>Telephone: (713) 752-4521<br><br>Matthew J. Swantner<br>mswantner@jw.com<br><br>**Jackson Walker LLP**<br>112 East Pecan, Suite 2400<br>San Antonio, Texas 78205<br>Telephone: (210) 978-7782<br><br>William T. Nilsson<br>Texas Bar No. 24123350<br>wnilsson@jw.com<br>**JACKSON WALKER LLP**<br>2323 Ross Avenue, Suite 600<br>Dallas, Texas 75201<br>Telephone: (214) 953-5918<br><br>**COUNSEL FOR TURN MEDICAL, LLC, ERIC BARTA, CHRIS NIEDERKROM, TARA PSENCIK, AND KEVIN WILSON** |

**SIGNED AND ENTERED** this _____ day of 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE