IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
July 20, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| ARJO INC. and HUNTLEIGH TECHNOLOGY LIMITED, | § § § § |
| Plaintiffs, | § § Civil Case No. 5:21-cv-1173-OLG |
| v. | § § |
| TURN MEDICAL, LLC, ERIC BARTA, CHRIS NIEDERKROM, TARA PSENCIK, and KEVIN WILSON, | § § § § |
| Defendants. | § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Arjo, Inc. and Huntleigh Technology Limited and Defendants Turn Medical, LLC, Eric Barta, Chris Niederkrom, Tara Psencik, and Kevin Wilson, by and through their respective undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby notify this court that the parties have entered into a confidential settlement agreement disposing of all disputes between the parties related to this matter, and stipulate to dismissal with prejudice of all claims and counterclaims. The parties agree that each party shall bear its own costs and expenses.

The parties respectfully request that the Court sign this stipulation below.

July 19, 2023

Respectfully submitted,

By: /s/ *Alice A. Kelly*
Alice A. Kelly
Alice.kelly@icemiller.com

Tom Rammer
Tom.Rammer@icemiller.com

Jessa DeGroote
Jessa.DeGroote@icemiller.com

Natalie Northup
Natalie.Northup@icemiller.com

**Ice Miller LLP**
200 W. Madison Street, Suite 3500
Chicago, IL 60606
Telephone: (312) 726- 8128

Caroline Small
csmall@dslawpc.com
**Davis Santos**
719 S. Flores Street
San Antonio, Texas 78204
Telephone: (210) 853-5882

**COUNSEL FOR ARJO, INC. and HUNTLEIGH TECHNOLOGY LIMITED**

By: */s/ Wasif H. Qureshi*
Wasif H. Qureshi
wqureshi@jw.com

Victoria C. Emery
temery@jw.com

**Jackson Walker LLP**
1401 McKinney, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4521

Matthew J. Swantner
mswantner@jw.com

**Jackson Walker LLP**
112 East Pecan, Suite 2400
San Antonio, Texas 78205
Telephone: (210) 978-7782

William T. Nilsson
Texas Bar No. 24123350
wnilsson@jw.com
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-5918

**COUNSEL FOR TURN MEDICAL, LLC, ERIC BARTA, CHRIS NIEDERKROM, TARA PSENCIK, AND KEVIN WILSON**

**SIGNED AND ENTERED** this 20th day of July, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE